**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DARYL HARMON, | ) | NO. CV 14-5938-TJH(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RICK HILL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 4, 2014.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE